IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFF O. HANSON,

    Plaintiff,

v.                             CASE NO. 4:11cv625-SPM/WCS

LEON COUNTY, FLORIDA,
et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes for before the Court on the magistrate judge's Report and Recommendation (doc. 6) dated January 6, 2012. Plaintiff has been furnished a copy and has filed an objection (doc. 7).

Despite the objection, I have determined that the report and recommendation is correct and should be adopted. Plaintiff has three strikes and he has not shown that he is under imminent danger of serious physical injury. Therefore, he cannot proceed in forma pauperis. 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED AND ADJUDGED:

1.    The magistrate judge's report and recommendation (doc. 6) is

ADOPTED and incorporated by reference in this order.

    2.    The motion to proceed in forma pauperis (docs. 2 and 5) are denied pursuant to 28 U.S.C. § 1915(g).

    3.    This case is dismissed without prejudice. If Plaintiff chooses to refile, he must pre-pay the filing fee in full.

DONE AND ORDERED this 31st day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge